IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-09146 ESL |
| HECTOR LUIS MALDONADO CANDELARIA | * | CHAPTER 13 |
| | * | |
| DEBTOR | | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **HECTOR LUIS MALDONADO CANDELARIA** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated February 14th, 2017 herewith and attached to this motion.

2. The Plan is amended to provide for the "Christmas bonus" and the "tax refund" language, pursuant to the *Trustee's Objection to Proposed Plan Confirmation Under Section 1325*, docket entry #18, filed in above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

## NOTICE
You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2 –
**Notice of Amended Chapter 13 Plan**
Case no. 16-09146 ESL13

  RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 14th day of February, 2017.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:  Case No. **3:16-bk-9146**

**MALDONADO CANDELARIA, HECTOR LUIS**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **2/14/2017**
☐ PRE  ☐ POST-CONFIRMATION  Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **53** = $ **7,950.00**
$ **366.00** x **5** = $ **1,830.00**
$ **437.00** x **2** = $ **874.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **10,654.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **10,654.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: /s/ _____
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____  Cr. ____  Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____  Cr. ____  Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____  Cr. ____  Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
   **Asoc Maestros de PI**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ____
               ☐ Paid 100% / ☐ Other: ____
Cr. ____  Cr. ____  Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The Plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds.
*IRS Claim 2-2: Trustee to pay IRS priority Claim 2-2 ($285.04) in full, through Plan.
*Debtor to retain up to $1,200 of his Christmas Bonus. Any excess over said amount will be surrendered on a yearly basis to fund the Plan. The Plan shall be deemed modified by such amount, without the need of further Court order.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**  Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE MALDONADO CANDELARIA, HECTOR LUIS     Case No. 3:16-bk-9146
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | Firstbank Pr | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-09146-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Feb 13 14:41:50 AST 2017 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AT&T Mobility<br>PO Box 537104<br>Atlanta, GA 30353-7104 | Asoc Maestros de PR<br>452 Ponce de Leon<br>San Juan, PR 00918-3490 | BBVA/Angel M Vazquez Bauza, Esq.<br>PO Box 191017<br>San Juan, PR 00919-1017 |
| BPPR/Bankruptcy Dept<br>PO Box 366818<br>San Juan, PR 00936-6818 | Banco Popular de Puerto Rico<br>PO Box 362708<br>San Juan, PR 00936-2708 | Banco Popular de Puerto Rico<br>PO Box 363228<br>San Juan, PR 00936-3228 |
| Banco Santander de PR<br>PO Box 326589<br>San Juan, PR 00936-2589 | Capital One<br>PO Box 85184<br>Richmond, VA 23285-5184 | Cingular Wireless<br>PO Box 15067<br>San Juan, PR 00902-8567 |
| Citifinancial<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 | Commoloco Inc.<br>PO Box 71325<br>San Juan, PR 00936-8425 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| Department of Treasury<br>Bankruptcy Section<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Fia Card Services<br>PO Box 15726<br>Wilmington, DE 19886-5726 | Firstbank Pr<br>San Juan, PR 00908 |
| Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 |
| Islandfin<br>PO Box 71504<br>San Juan, PR 00936-8604 | Jose L Correa Cintron, Esq.<br>PO Box 246<br>Trujillo Alto, PR 00977-0246 | Midland Funding<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| Oriental Bank and Trus<br>977 San Roberto St # 9TH<br>Rio Piedras, PR 00926 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PYOD LLC c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| PYOD, LLC<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Radio Shack<br>PO Box 8181<br>Gray, TN 37615-0181 |

```
T-Mobile                        HECTOR LUIS MALDONADO CANDELARIA    JOSE RAMON CARRION MORALES
Ave Rafael Cordero #30 Ste 24   PO BOX 8554                         PO BOX 9023884
Caguas, PR  00725               HUMACAO, PR 00792-8554              SAN JUAN, PR 00902-3884


MONSITA LECAROZ ARRIBAS         ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)  PO BOX 186
OCHOA BUILDING                  CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service        Portfolio Recovery Associates, LLC
PO Box 21126                    PO Box 12914
Philadelphia, PA  19114-0326    Norfolk, VA  23541-0914
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Midland Funding LLc          End of Label Matrix
PO Box 268941                   Mailable recipients   34
Oklahoma City, OK  73126-8941   Bypassed recipients    1
                                Total                 35
```