IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HECTOR LUIS MALDONADO CANDELARIA<br><br><br>xx-xx-1735<br><br><br>Debtor | CASE NO. 16-09146-ESL13<br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON MAR/08/2021 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting entry of order to Compel 2017, 2018 and 2019 income tax returns, filed by Chapter 13 Trustee, docket #24.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within 14 days.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 8 day of March, 2021.

*Enrique S. Lamoutte*
United States Bankruptcy Judge