# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | CASE NO. 16-09146 ESL |
| HECTOR LUIS MALDONADO CANDELARIA | CHAPTER 13 |
| DEBTOR | |

## DEBTOR'S MOTION IN COMPLIANCE WITH
## ORDER GRANTING UNOPPOSED MOTION DOCKET NO. 25

TO THE HONORABLE COURT:

**NOW COMES, HECTOR LUIS MALDONADO CANDELRIA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follow:

1. On March 08, 2021, this Honorable Court entered an *ORDER GRANTING UNOPPOSED MOTION,* Docket No. 25, whereby the Debtor is ordered as follows:

> " This case is before the Court on the following: Motion requesting entry of order to Compel 2017, 2018 and 2019 income tax returns, filed by the Chapter 13 Trustee, docket #24.
> Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within 14 days." *ORDER GRANTING UNOPPOSED MOTION,* Docket No. 25.

2. That on February 18, 2021, the Debtor sent to the Chapter 13 Trustee (uploaded to the Trustee's system) a copy of the Debtor's 2017, 2018 and 2019 tax returns.

3. That the 2017, 2018 and 2019 tax returns reflect that the Debtor did receive tax refunds for the following amounts:

    ---2017    $469.00

    ---2018    $616.00

    ---2019    $930.00

4. That on this same date, March 09, 2021, the Debtor sent to the Chapter 13 Trustee a postal money order #27088352605 in the sum of $469.00 to cover for the 2017 tax refund

Page – 2-
Debtors' Motion In Compliance With Order
Case no. 16-09146 ESL13

as additional funding for the Debtor's confirmed Plan. Attached is copy of said postal money order submitted as evidence of said payment.

5. The Debtor respectfully states that on or before the 60th month of the confirmed Plan, which is on or before the month of November/2021, the Debtor will send to the Chapter 13 Trustee a sum of $616.00 to cover for the 2018 tax refund, to be paid as additional funding to the Debtor's confirmed Plan.

6. The Debtor respectfully states that the 2019 tax refund was used for the purchase of a musical instrument, a Vincent trombone, to be used by the Debtor for his part-time job as a musician and music teacher. *See*: Debtor's *Schedule "I"*, Official Form 106I, Docket No. 01, in the above captioned case.

7. On this same date, March 09, 2021, the Debtor is requesting this Honorable Court to ratify the aforementioned use by the Debtor of the 2019 tax refund ($930.00). The Debtor filed a *Debtor's Motion Requesting Order Re: Ratification of the Use of Funds From 2019 Tax Refund*, dated March 09, 2021, in the above captioned case.

8. Furthermore, the Debtor respectfully states that the Debtor is up-to-date in the confirmed Plan payments to the Chapter 13 Trustee, in the above captioned case.

9. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in compliance with this Court's ORDER GRANTING UNOPPOSED MOTION, Docket No. 25, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney, respectfully requests that this Honorable Court be informed of the abovementioned and grant the

Page – 3-
Debtors' Motion In Compliance With Order
Case no. 16-09146 ESL13

foregoing motion in compliance with this Court's *ORDER GRANTING UNOPPOSED MOTION*, Docket No. 25, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor, Hector Luis Maldonado Candelaria, PO Box 8554 Humacao PR 00792.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 9th day of March, 2021.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
Email: rfc@rfigueroalaw.com

