UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

HECTOR LUIS MALDONADO CANDELARIA

XXX-XX-1735

DEBTOR (S)

Case No. 16-09146-ESL

CHAPTER 13

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2019 TAX REFUND**

**TO THE HONORABLE COURT:**

  **NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

  1. Debtors are requesting to retain their 2019 tax refund of $939.00 to cover some unexpected expenses. Docket #26.

  2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2019, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

  WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

  CERTIFICATE OF SERVICE:  The Chapter 13 Trustee certifies that a

-----------------------------------------------------------------------

copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, March 24, 2021.

Attorney

/s/ Alexandra Rodriguez -Staff

Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | HECTOR LUIS MALDONADO CANDELARIA<br>PO BOX 8554<br>HUMACAO, PR 00791 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936 | FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936 | ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN, PR 00936-8604 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 | CINGULAR WIRELESS<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | FIRSTBANK<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| CAPITAL ONE<br>PO BOX 85184<br>RICHMOND, VA 23285-5184 | RADIO SHACK<br>PO BOX 8181<br>GRAY, TN 37615-0181 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | BRENDA RUIZ HERNANDEZ<br>LAGO ALTO<br>D45 CALLE CARTAGENA<br>TRUJILLO ALTO, PR 00976 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |

```
AT&T MOBILITY                              ISLANDFIN
PO BOX 537104                              PO BOX 195604
ATLANTA, GA   30353-7104                   SAN JUAN, PR   00936-8604


INTERNAL REVENUE SERVICES                  DEPARTMENT OF TREASURY
PO BOX 7317                                BANKRUPTCY SECTION
PHILADELPHIA, PA   19101-7317              PO BOX 9024140
                                           SAN JUAN, PR   00902-4140


INTERNAL REVENUE SERVICES                  T-MOBILE
PO BOX 7346                                AVE RAFAEL CORDERO #30 STE 24
PHILADELPHIA, PA   19101-7346              CAGUAS, PR   00725


JOSE L CORREA CINTRON ESQ                  PYOD LLC C/O RESURGENT CAPITAL SERVICES
PO BOX 246                                 PO BOX 19008
TRUJILLO ALTO, PR   00977-0246             GREENVILLE, SC   29602


ADM DE SIST RETIRO                         FIRSTBANK PUERTO RICO
EDIF CAPITAL CENTER TORRE NORTE            PO BOX 9146
235 AVE ARTERIAL HOSTOS                    SAN JUAN, PR   00908-0146
SAN JUAN, PR   00919


CITIFINANCIAL                              HECTOR LUIS MALDONADO CANDELARIA
605 MUNN RD E                              PO BOX 8554
FORT MILL, SC   29715-8421                 HUMACAO, PR   00791


PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA   23541-0914                   ,   00000


ROBERTO FIGUEROA CARRASQUILLO*             ASOC MAESTROS DE PR
PO BOX 186                                 452 PONCE DE LEON
CAGUAS, PR   00726-0186                    SAN JUAN, PR   00919


ROBERTO FIGUEROA CARRASQUILLO              BBVA/ANGEL M VAZQUEZ BAUZA, ESQ.
PO BOX 186                                 PO BOX 191017
CAGUAS, PR   00726-0186                    SAN JUAN, PR   00919


MIDLAND FUNDING LLC                        BPPR/BANKRUPTCY DEPT
PO BOX 268941                              PO BOX 366818
OKLAHOMA CITY, OK   73126-8941             SAN JUAN, PR   00936-6818


MIDLAND FUNDING LLC                        BANCO SANTANDER DE PR
MIDLAND CREDIT MANAGEMENT                  PO BOX 326589
PO BOX 2011                                SAN JUAN, PR   00936-2589
WARREN, MI   48090


POPULAR AUTO                               COMMOLOCO INC.
C/O EDGAR A VEGA RIVERA                    PO BOX 71325
PO BOX 366818                              SAN JUAN, PR   00936-8425
SAN JUAN, PR   00936-6818
```

```
FIRSTBANK PR
SAN JUAN, PR   00908
SAN JUAN, PR   00908
```

```
ORIENTAL BANK AND TRUS
977 SAN ROBERTO ST # 9TH
RIO PIEDRAS, PR  00926
```

```
PYOD, LLC
PO BOX 19008
GREENVILLE, SC  29602
```