IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-09146 ESL |
|---|---|
| HECTOR LUIS MALDONADO CANDELARIA | Chapter 13 |
| xx-xx-1735 | |
| Debtor | FILED & ENTERED ON MAR/29/2021 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting entry of order for Ratification of the use of funds from 2019 tax refund, filed by Debtor, docket #26.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. See docket #29.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 29 day of March, 2021.

*Enrique S. Lamoutte*
United States Bankruptcy Judge