**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**HECTOR LUIS MALDONADO CANDELARIA**<br><br>**xxx–xx–1735**<br><br>Debtor(s) | Case No. **16–09146 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/29/21 |

***ORDER***

The motion filed by Debtor informing compliance with order entered on 3/8/2021 (docket #27) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 29, 2021 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge